■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH KEETON, Appellant. [684 NYS2d 448] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention of defendant that Supreme Court should have suppressed a statement that he made to a police investigator following his arrest. Although the statement was made while defendant was in custody at the Public Safety Building, the

evidence adduced at the *Huntley* hearing supports the court's conclusion that the statement was not the result of police interrogation or its functional equivalent (*see, People v Huffman,* 61 NY2d 795; *People v Reinard,* 244 AD2d 936, *lv denied* 91 NY2d 896). (Appeal from Judgment of Supreme Court, Monroe County, Galloway, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Hayes, Balio, Boehm and Fallon, JJ.